W. A. Sutton, administrator of the estate of Curtis Sutton, deceased, appellee, v. Village of Rankin, appellant. Gen. No. 8,269.

Opinion filed January 24, 1929.

Hall & Holaday and Acton, Acton & Snyder, for appellant; William M. Acton, of counsel. Lewman & Carter, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

William E. Harris, defendant in error, v. Catherine Bell, plaintiff in error. Gen. No. 8,273.

Opinion filed January 24, 1929.

W. St. J. Wines and J. A. Bloomingston, for plaintiff in error. George C. Dixon and Murphy & Hemphill; for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Wade C. Hise and Edna Hise, appellees, v. Omar L. Simpson and Violet B. Simpson, appellants. .Gen. No. 8,274.

Opinion filed January 24, 1929.

McDavid, Monroe & Mann, for appellants. F. R. Wiley, for appellees; Howard Luallen, of counsel.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Paul Farley, appellant, v. W. H. Diller and The Hurlbut Farmers Grain Company, appellees. Gen. No. 8,290.

Opinion filed January 24, 1929.

John G. Friedmeyer and John W. Sheehan, for appellant. Frank L. Trutter, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

American Slicing Machine Company, appellant, v. Jesse S. Bennett, appellee. Gen. No. 8,215.

Opinion filed January 24, 1929.

Mann & Coleman, for appellant. Graham & Dysert, for appellee. Mr. Justice Eldredge delivered the opinion of the court.